# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANDREW MITCHELL

NO. 2020 KW 0488

**JULY 20, 2020**

---

In Re:   Andrew Mitchell, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 10-99-0416.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED.**

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT